# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jorge Martinez-Zamora

              **V.**                                    **JUDGMENT IN A CIVIL CASE**

Tom Ridge

                                            **CASE NUMBER:**    06cv834-H

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Order denying petition for writ of habeas corpus ........................................................................................
............................................................................................................................................................................

| September 13, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                                S/R. Rhone
                                                                 (By) Deputy Clerk

                                                                 ENTERED ON September 13, 2006